UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIGHTHOUSE LIFE INSURANCE CO.,**

   Plaintiff,

v.                                            No. 4:25-cv-00013-P

**MATTHEW RYAN VANN, ET AL.,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 6), this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **24th day of January 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE